UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
Bahig F. Bishay,
    **Plaintiff**

    **v.**

                                              **Civil Action No. 1:25-mc-91086-FDS**

Robert M. Farrell,
    **Defendant**
_____

## ORDER OF DISMISSAL

**Saylor, C. J.**

In accordance with the Court's ORDER dated July 9, 2025 (Dkt. No. 10), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                                By the Court,

07/09/2025                                             /s/ Melonie Cooke
Date                                                     Deputy Clerk